FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR 27 PM 1:38

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHARLES FAULKNER | CIVIL ACTION |
| VERSUS | NO. 98-514 |
| BURL CAIN, WARDEN | SECTION "L" (3) |

## NOTICE OF STATE'S INTENT

Notice is hereby given that the State of Louisiana intends to retry the petitioner, Charles Faulkner, on those grounds and with those charges that he violated appropriate Louisiana Criminal Statutes in those actions which formed the predicate for the petition for habeas corpus granted by this Court on February 6, 2001.

WALTER REED, DISTRICT ATTORNEY

BY: _____
PATRICK J. BERRIGAN (Bar #3022)
Special Assistant District Attorney
Post Office Box 220
2122 First Street, Slidell, LA 70458
Telephone (985) 641-1070

## CERTIFICATE OF SERVICE

I CERTIFY that a copy of the above and foregoing has been duly served upon all counsel of record by placing same in the U.S. Mail, postage prepaid to insure delivery, this ___ day of March, 2001.

_____
Attorney At Law